No. 863.   KNASS ET AL. v. MADISON & KEDZIE STATE BANK ET AL.   Motions submitted March 26, 1934.   Decided April 2, 1934.   *Per Curiam:* The motions of the appellees to dis-

miss the appeal herein are granted, and the appeal is dismissed for the want of a substantial federal question. *Quong Ham Wah Co.* v. *Industrial Commission,* 255 U.S. 445, 448, 449; *Tidal Oil Co.* v. *Flanagan,* 263 U.S. 444, 451; *Knights of Pythias* v. *Meyer,* 265 U.S. 30, 32, 33; *Hicklin* v. *Coney,* 290 U.S. 169, 172. *Mr. Meyer Abrams* for appellants. *Messrs. Silas H. Strawn, Ralph M. Shaw, Harold A. Smith, James C. Condon, Thos. D. Nash,* and *Michael J. Ahern* for appellees.